**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 09-CV-00916-JLK-DLW**

**MOUNTAIN PORT, LLC, a Colorado Limited Liability Company,**

**Plaintiff,**

**vs.**

**BRIAN DALEY and MARIA CHEDID, Individuals,**

**Defendant.**

---

**ORDER OF RECUSAL**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-referenced case was referred to Magistrate Judge David L. West by Order of Reference to Magistrate Judge entered on April 23, 2009.

On June 30, 2009, Defendants filed a Motion for Leave to File First Amended Counterclaim and Third Party Claim. The proposed Third Party Claim is a claim against Durango Mountain Realty and the principal contact is Cathy Craig. I have an ongoing contractual relationship with Ms. Craig and believe this would be a conflict of interest, therefore:

**IT IS HEREBY ORDERED** that Magistrate Judge David L. West recuses himself from conducting proceedings in this case.

**IT IS FURTHER ORDERED** that the Settlement Conference set for July 12th and 13th in Durango, Colorado is **VACATED**.

**DATED: July 6, 2009.**

          **BY THE COURT:**

          **s/David L. West**
          **United States Magistrate Judge**