IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-00916-JLK-LTM

MOUNTAIN PORT, LLC, a Colorado limited liability company,

    Plaintiff/Counterclaim Defendant,

v.

BRIAN DALEY and
MARIA CHEDID, individuals,

    Defendants/Counter Claimants.

___

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS AND THIRD-PARTY CLAIM (docket # 20)**
___

The Court, having reviewed Defendants' Motion for Leave to File First Amended Counterclaims and Third-Party Claim (docket # 20), Plaintiff's Response (docket # 29), and the Reply to the Response (docket # 31), concurs with that portion of Defendants' Reply that Plaintiff's Response cannot be construed as opposing or objecting to Defendants' Motion for Leave to Amend.

Is accordingly ORDERED that Plaintiff's Motion for Leave to File First Amended Counterclaims and Third-Party Claim is hereby **GRANTED**.

Dated this 29th day of July, 2009.

                                              BY THE COURT:

                                              s/ Laird T. Milburn
                                              _____
                                              Laird T. Milburn
                                              United States Magistrate Judge