IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-916-JLK-LTM**

**MOUNTAIN PORT, LLC, a Colorado limited liability company,**

    Plaintiff /Counterclaim Defendant,

v.

**BRIAN DALEY and**
**MARIA CHEDID, individuals**

    Defendants/Counter Claimants.

---

### ORDER

---

**Kane, J.**

No objection having been filed, the Recommendation of U.S. Magistrate Judge (Doc. 42) is ACCEPTED and ADOPTED as an Order of the Court. This matter is REMANDED to the Colorado State District Court for LaPlata County.

Dated: September 21, 2009

                                            BY THE COURT:

                                            ***S/John L. Kane***
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT